IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                    Case No:    15-32354

Kristin Caldwell                          Chapter:    13
    SSN:    xxx-xx-5998

    Debtor

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| Fairway Independent Mortgage Corporation | Alabama Housing Finance Authority |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee Should be sent:
Fairway Independent Mortgage Corporation
C/O Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

Court Claim # (if known): 9
Amount of Claim: $106,736.81
Date Claim Filed: 01/06/2016
Phone: 334-244-4347
Last Four Digits of Acct #: 1

Phone: 609-883-3900
Last Four Digits of Acct #: 8464

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

By:              /s/Janna L. Ifshin                    Date:    4/27/2016
Printed Name:    Janna L. Ifshin (IFS-001)
                 Diane C. Murray (MUR-048)
                 Enslen Crowe (CRO-098)
                 Donald M. Wright (WRI-021)
                 Thomas G. Tutten, Jr. (TUT-003)
Title:           Attorney of Record for Transferee
Address:         P.O. Box 55887
                 Birmingham, AL 35255-5887
Telephone:       (205) 918-5083